UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RAY CHARLES NELSON, ) | |
| ) | |
| Plaintiff, ) | 3 08 0118 |
| ) | |
| v. ) | No. 3:07mc0148 |
| ) | Judge Echols |
| MONTGOMERY COUNTY ) | |
| INFIRMARY, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On October 22, 2007, the Court entered an Order directing the plaintiff either to pay the three hundred fifty dollar (350 00) filing fee, or submit an application to proceed *in forma pauperis*. (Docket Entry No. 2). The Court's Order was twice returned as undeliverable (Docket Entry No. 4-5) The second time, on November 5, 2007, the envelope in which the Order was mailed to the plaintiff was annotated, "no longer in jail." (Docket Entry No 5)

It is the plaintiff's responsibility to advise the Court of any change of address. He has not

The Clerk is directed to **FILE** the complaint. However, process shall **NOT** issue This action is **DISMISSED** without prejudice for failure to prosecute. *See Spencer v Advanced Telemarketing Corp*, 149 F.3d 1177 (5th Cir. 1998); *Carey v King*, 856 F 2d 1439, 1441 (9th Cir. 1988)(both cases standing for the proposition that failure to advise the district court of a change of address is grounds for dismissal)

Entry of this Order shall constitute the judgment in this case pursuant to Federal Rules of Civil Procedure 58 and 79(a).

It is so **ORDERED**.

*/s/ Robert L. Echols*
Robert L. Echols
United States District Judge